UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARNELL COOPER | CIVIL ACTION |
| VERSUS | |
| SABRINA MARTIN, ET AL. | NO.: 15-00024-BAJ-RLB |

## RULING AND ORDER

Before the Court is the unopposed **Motion to Dismiss Sabrina G. Martin (Doc. 5)** filed by Defendant United States of America. All claims by Plaintiff Darnell Cooper arise under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 *et seq.* ("FTCA" or the "Act"). (Doc. 1 at ¶¶ 2, 4). The United States seeks to dismiss Sabrina G. Martin, another named defendant, for lack of jurisdiction.[1]

A suit against the United States under the FTCA is the exclusive remedy for tort claims arising from the actions of government agencies or employees. *See* 28 U.S.C. § 2679. The United States, not the responsible agency or employee, is the proper party defendant in an FTCA suit. In a section entitled "United States as defendant," the Act vests the district courts with "exclusive jurisdiction of civil actions on claims against the United States for money damages . . . for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or

---

[1] The complaint alleges that "Martin was a United States Government employee who was acting within the course and scope of her employment when the accident occurred." (Doc. 1 at ¶ 14). Further, the United States has attached to the instant motion a Certification of Scope of Employment, signed by the U.S. Attorney for the Middle District of Louisiana, certifying that Martin was acting within the scope of her employment as an employee of the United States at the time of the incident from which Cooper's claim arose. (*See* Doc. 5-2).

1

omission of any employee of the Government while acting within the scope of his office or employment." 28 U.S.C. § 1346(b).

"[T]he courts have consistently held that an agency or government employee cannot be sued *eo nomine* under the Federal Tort Claims Act." *Galvin v. OSHA*, 860 F.2d 181, 183 (5th Cir. 1988). Hence, the United States is the only proper defendant in an FTCA suit, and all other defendants must be dismissed for lack of subject matter jurisdiction. *See Atorie Air, Inc. v. FAA of U.S. Dep't of Transp.*, 942 F.2d 954, 957 (5th Cir. 1991).

Accordingly,

**IT IS ORDERED** that Defendant Sabrina G. Martin is **DISMISSED** from the above-captioned matter for lack of jurisdiction.

Baton Rouge, Louisiana, this 14th day of May, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**